IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kardemir | ) | |
| Plaintiff | ) | |
| | ) | |
| vs | ) | Civil No. 00-490 |
| | ) | |
| Peck Industrial Services, Inc. | ) | |
| Defendant | ) | |

ORDER OF COURT

AND NOW, to wit, this 26 day of June, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending and upon agreement of counsel, IT IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court be destroyed by the Clerk:

Document: Arbitration Award

_____
Gary L. Lancaster
U.S. District Judge